IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANGELA COLEMAN | ) Civil Action No. 5:16-cv-02445-JRA |
| Plaintiff, | ) |
| v. | ) JUDGE JOHN ADAMS |
| NORDONIA HILLS CITY SCHOOL DISTRICT BOARD OF EDUCATION, | ) |
| Defendant. | ) |

**ATTORNEY WALLACE'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Now comes Co-Counsel for Plaintiff, Jason Wallace, who hereby submits this Motion to Withdraw as Counsel.  This Motion is made solely because of Wallace's on-going health issues.  Attorney Wallace has withdrawn from all cases he has not been personally involved in and it appears this is the only case he mistakenly did not withdraw from.  There are no current deadlines set in this case and Plaintiff will still be currently represented by Co-Counsel, Daniel Bache.  Further, Wallace notified Plaintiff of his pending attempt to withdraw.

WHEREFORE, it is respectfully requested this Honorable Court grant this Motion and allow Attorney Wallace to withdraw from this matter.

Respectfully submitted,

*/s/ Jason Wallace*
Jason Wallace (0090167)
19540 Riverview Ave
Rocky River, Ohio 44116
Office: (440) 941-5140
Jason@GetHelpOhio.com
*Co-Counsel for Plaintiff, Angela Coleman*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2019, a copy of this Motion was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jason Wallace
Jason Wallace (0090167)
*Co-Counsel for Plaintiff, Angela Coleman*